IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KIMBERLEY ZAPATA, et al.,

    Plaintiffs,

v.

    Case No. 2:15-cv-3076
    Judge Sargus
    Magistrate Judge King

RONETTE BURKES, et al.,

    Defendants.

ORDER

On December 14, 2015, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the state law claims asserted in the *Complaint* be dismissed without prejudice unless and until the Ohio Court of Claims determines that the defendants are not entitled to civil immunity under O.R.C. § 9.86. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The state law claims are **DISMISSED without prejudice** unless and until the Ohio Court of Claims determines that the defendants are not entitled to civil immunity under O.R.C. § 9.86.

1-5-2016
Date

Edmund A. Sargus, Jr.
Chief United States District Judge