IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KIMBERLEY ZAPATA, et al.,

    Plaintiffs,

v.

RONETTE BURKES, et al.,

    Defendants.

Case No. 2:15-cv-3076
Chief Judge Sargus
Magistrate Judge King

ORDER

On March 8, 2016, the United States Magistrate Judge recommended that plaintiffs' motion to reconsider the dismissal of her state law claims, see Order, ECF No. 3,[1] be denied. *Order and Report and Recommendation,* ECF No. 8. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation.*

The *Report and Recommendation,* ECF No. 8, is hereby **ADOPTED** and **AFFIRMED.** Plaintiffs' motion to reconsider, ECF No. 4, is **DENIED.**

Defendants may have fourteen (14) days from the date of this *Order* to respond to the *Complaint.*

3-30-2016
Date

Edmund A. Sargus, Jr.
Chief United States District Judge

---

[1] The state law claims asserted in the *Complaint* were dismissed without prejudice unless and until the Ohio Court of Claims determines that the defendants are not entitled to civil immunity under O.R.C. § 9.86. *Order,* Doc. No. 3.